### 2086. BROUGHTON *v.* AIKEN.

POWELL, J. The testimony in this case is such that the verdict rendered was almost legally demanded, but not quite so. The judge can not direct a verdict, unless the evidence absolutely demands the verdict. His action in the present case must therefore be        *Reversed.*

Affidavit of illegality; from city court of Monticello—Judge Thurman. July 28, 1909.

Submitted December 1, 1909.—Decided January 21, 1910.

*Doyle Campbell,* for plaintiff in error.

*A. Y. Clement,* contra.